BUFFALO BILL'S WILD WEST CO. v. ROSER. (Circuit Court of Appeals, Second Circuit. March 11, 1896.) No. 591. In Error to the Circuit Court of the United States for the Southern District of New York. S. L. Samuels, for plaintiff in error. R. H. Landale, for defendant in error. No opinion. Reversed in open court.

---

BURT v. GLENN. (Circuit Court of Appeals, Second Circuit.) No. 315. Appeal from the Circuit Court of the United States for the Southern District of New York. George Zabriskie, for appellant. B. N. Harrison, Charles Marshall, and A. H. Masten, for appellee. No opinion. Decree affirmed, with costs, on opinion in Furnald v. Glenn, 12 C. C. A. 27. 64 Fed. 49.

---

CANADA SHIPPING CO. v. HASKELL. (Circuit Court of Appeals, First Circuit. November 28, 1896.) No. 133. Appeal from the District Court of the United States for the District of Massachusetts. Edward S. Dodge, for appellant. Frederic Cunningham, for appellee. Dismissed pursuant to stipulation of counsel, without costs to either party.

---

CENTRAL R. CO. OF NEW JERSEY v. WIEGAND et al.

WIEGAND et al. v. CENTRAL R. CO. OF NEW JERSEY.

(Circuit Court of Appeals, Third Circuit. February 22, 1897.)

CARRIERS OF PASSENGERS—LIABILITY AS TO BAGGAGE.

In Error to the Circuit Court of the United States for the Eastern District of Pennsylvania.

For opinion, see 75 Fed. 370.

Samuel Dickson, for Central R. Co. of New Jersey.
Webster A. Melcher, for Wiegand.

Before ACHESON and DALLAS, Circuit Judges, and WALES, District Judge.

PER CURIAM. The judges by whom this case was heard, including the late Judge WALES, had, some time previous to his death, all agreed upon the disposition to be made of it. The survivors of those who then constituted the court do not deem it necessary, under the circumstances, to do more than announce the judgment which had thus been unanimously determined upon. In accordance therewith the judgment of the court below is affirmed.

---

CHASE v. CATLIN. (Circuit Court of Appeals, Second Circuit. December 20, 1895.) No. 526. Appeal from the Circuit Court of the United States for the Southern District of New York. W. P. Preble, Jr., for appellant. Knevals & Perry, for appellee. No opinion. Ordered dismissed.